# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ERICA GRASER**                                                                          **PLAINTIFF**

**v.**                      **Case No. 4:19-cv-00521-KGB**

**COREPOINT TRS, LLC and**
**WYNDHAM HOTELS AND RESORTS, LLC**                  **DEFENDANTS**

## ORDER

Before the Court is plaintiff Erica Graser's notice of voluntary dismissal with prejudice (Dkt. No. 2). For good cause shown, the Court dismisses this case with prejudice (Dkt. No. 2).

So ordered this 22nd day of October, 2019.

                                                        Kristine G. Baker
                                                        United States District Judge